UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

ChiroChicago Chiropractic & Sports Injury Center, Ltd.,

        Plaintiff,

v.         Case No.: 1:15−cv−03876

        Honorable Thomas M. Durkin

M.D. On−Line, Inc., et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 5, 2016:

      MINUTE entry before the Honorable Thomas M. Durkin:Civil case terminated. This action is hereby dismissed without prejudice with each side to bear its own costs and fees. The 8/26/2016 status date is stricken.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.